THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER JACKSON, Appellant. [869 NYS2d 824]

Memorandum: Defendant appeals from a judgment convicting him, following a jury trial, of eight counts of robbery in the first degree (Penal Law § 160.15 [2], [4]) and four counts of robbery in the second degree (§ 160.10 [2] [b]). We reject defendant's contention that the verdict is against the weight of the evidence (*see generally People v Bleakley*, 69 NY2d 490, 495 [1987]). The testimony of the People's witnesses was not incredible as a matter of law (*see People v Smith*, 32 AD3d 1291, 1292 [2006], *lv denied* 8 NY3d 849 [2007]), and we see no reason to disturb the jury's resolution of credibility issues (*see generally Bleakley*, 69 NY2d at 495). Defendant failed to preserve for our review his contention that the prosecutor's explanations for striking a prospective juror in response to his *Batson* challenge were pretextual inasmuch as he failed to provide County Court with any reason for his contention (*see People v Santiago*, 272 AD2d 418 [2000], *lv denied* 95 NY2d 907 [2000]), and we decline to exercise our power to review that contention as a matter of discretion in the interest of justice (*see* CPL 470.15 [6] [a]). We reject the further contention of defendant that he was denied effective assistance of counsel (*see generally People v Baldi*, 54 NY2d 137, 147 [1981]). We have considered defendant's remaining contention and conclude that it is lacking in merit. Present—Hurlbutt, J.P., Martoche, Smith, Peradotto and Green, JJ.